**STRIBLING BROS. MACHINERY COMPANY, Inc., Appellant,**

v.

**UNITED STATES of America,
Appellee.**

**No. 21933.**

United States Court of Appeals
Fifth Circuit.

Nov. 30, 1965.

Robert C. Cannada, Jackson, Miss., Paul M. Newton, Robert S. Newton, Gulfport, Miss., for appellant. Newton & Newton, Gulfport, Miss., Butler, Snow, O'Mara, Stevens & Cannada, Jackson, Miss., of counsel.

John B. Jones, Jr., Acting Asst. Atty. Gen., Lee A. Jackson, Atty., Dept. of Justice, Washington, D. C., Robert E. Hauberg, U. S. Atty., Jackson, Miss., Louis F. Oberdorfer, Asst. Atty. Gen., Joseph Kovner, Edward L. Rogers, Herbert Grossman, Attys., Dept. of Justice, Washington, D. C., for appellee.

Before JONES and THORNBERRY, Circuit Judges, and SLOAN, District Judge.

PER CURIAM:

The narrow issue on this appeal has been adequately stated and properly decided by the district court. Stribling Brothers Machinery Company, Inc. v. United States of America, 234 F.Supp. 993. The judgment of the district court is

Affirmed.